*Nguyen*
*05-20593, LAM*

---

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS   108
1-2/210
1934

TID #380490

| Case | Debtor |
|---|---|
| 05-20593 JAB | NGUYEN, LAM JOE |
| 312181909566 | LAM, JACKY THI |

J. MARSHALL MILLER
7452 Luz de Lumbre Avenue
El Paso TX 79912

Date 06/27/2009     $ ********738.24

~~~Seven Hundred Thirty-Eight Dollars and 24/100

Pay to the Order of:
Clerk of Court, USBC EDLA
500 Poydras Street
Suite B-601
New Orleans LA 70130

J. MARSHALL MILLER

⑈⑆00000108⑈⑆ ⑆:071000021⑆:312181909566⑈⑆

---

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 225802      - JN
* * C O P Y * *
June 29, 2009
14:29:37

**TREASURY REGFUND**
05-20593

Debtor.: LAM JOE NGUYEN
Trustee: J. Marshall Miller
Amount.:            $738.24 CH
Check#.: 108

Total-> $738.24

FROM: MILLER

6/29/09
Deposited to 6047BK
Due: LVNV Funding

CVogel